**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHAWALI KHAN,

     Petitioner,

         v.

BARACK OBAMA, et al.,

     Respondents.

Civil Action No.  08-1101 (JDB)

## ORDER

Upon consideration of Khan's petition for a writ of habeas corpus, the other pending motions in this case, the parties' several memoranda, the evidence presented and reviewed at the evidentiary hearing, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that Khan's motion to strike the supplement to the government's factual return is **DENIED**; it is further

**ORDERED** that the government's motion to file a second amended factual return is **GRANTED**; it is further

**ORDERED** that [220] Khan's motion for leave to file exhibits is **GRANTED**; and it is further

**ORDERED** that Khan's petition for a writ of habeas corpus is **DENIED**.

**SO ORDERED**.

 

/s/
JOHN D. BATES
United States District Judge

Date: September 3, 2010